**In the Matter of Kevin A. HOLLOWAY.**

**Nos. 49S00–8707–DI–633, 1185 S 472.**

Supreme Court of Indiana.

Dec. 10, 1990.

## ORDER ACCEPTING RESIGNATION AND CONCLUDING PROCEEDING

Comes now, Kevin A. Holloway, the Respondent in this pending disciplinary proceeding, and tenders an affidavit for resignation pursuant to Admission and Discipline Rule 23, Section 17.

Upon examination of the matters pending in this case, we find that Respondent's affidavit meets the necessary elements set forth in Admission and Discipline Rule 23, Section 17, that such resignation should be accepted, and, accordingly, that any disciplinary proceeding concerning the Respondent pending in this court should be concluded.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that the Petitioner, Kevin A. Holloway, is hereby removed as a member of the Bar of this State and that the Clerk of this Court strike such name from the roll of attorneys. To be eligible for reinstatement at a future date, the Respondent must comply with the provisions of Admission and Discipline Rule 23, Section 4.

IT IS FURTHER ORDERED that, by reason of the resignation of the Respondent, all disciplinary actions relating to the Respondent which have not been adjudicated in this Court are now dismissed as moot.

The Clerk of this Court is directed to record this order under both case numbers noted in the caption and forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d) governing disbarment and suspension.

All Justices concur.

**In the Matter of Thomas J. THOMAS.**

**No. 883–S–283.**

Supreme Court of Indiana.

Dec. 10, 1990.

## ORDER OF REINSTATEMENT

Comes now the Indiana Supreme Court Disciplinary Commission, files its Findings of Fact and Conclusions of Law and Recommendation upon the Petition of Reinstatement filed by Thomas J. Thomas, and recommends that the Petitioner be readmitted to the practice of law.

Upon examination of the matters now before this Court, we find that the Commission's recommendation should be approved and, accordingly, that the petitioner should be reinstated to the practice of law.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that the Petitioner in this proceeding, Thomas J. Thomas, is hereby reinstated as an attorney at the Bar of this Court, effective immediately.

The Clerk of this Court is directed to forward a copy of this Order to the Indiana Supreme Court Disciplinary Commission, to the Petitioner, to the State Board of Law Examiners, and to all parties who were previously notified of the Petitioner's suspension under this cause.

All Justices concur.